FILED BY ___ D.C.

05 DEC -2 PM 5: 20

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D  MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | * |
|---|---|
| Plaintiff, | * |
| v. | * No. 02-20473 B~ M l |
| GRAYLON WRIGHT, | * |
| Defendant. | * |

### ORDER CONTINUING SENTENCING

Upon Motion of the United States and for good cause shown, the sentencing hearing for Graylon Wright is hereby continued until further order of this court. **Matter reset to Friday, Jan. 6, 2006 at 3:30 PM.**

Ordered this **2nd** day of **Dec.** 2005.

_____
HONORABLE ~~J. DANIEL BREEN~~ **JON P. MCCALLA**
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **12-5-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 246 in case 2:02-CR-20473 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT